Steven K. Kop, Esq., SBN 91354
Law Offices of Steven K. Kop
1470 Jamboree Road Suite 102
Newport Beach, CA 92660
Tel (949) 264-1470 or (310) 721-8557
FAX (949) 258-5088
steven.kop@koplawgroup.com

Attorney for Ernesto Daniel Gyurec

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>ERNESTO DANIEL GYUREC aka DANIEL GYUREC aka ERNESTO GYUREC aka E DANIEL GYUREC,<br><br>    Debtor,<br>_____<br>The Bank of New York Mellon Trust Co., N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2003-HE1, Asset Backed Pass-Through Certificates,<br><br>    Appellant,<br><br>vs.<br><br>ERNESTO DANIEL GYUREC,<br><br>    Respondent | Case No.: 6:09-bk-14497-MJ<br><br>Chapter 11<br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR ERNESTO DANIEL GYUREC**<br><br>**[Steven K. Kop]** |

NOTICE IS HEREBY GIVEN that the Law Offices of Steven K. Kop, by Steven K. Kop hereby withdraws as attorney of record for counsel for Debtor/Respondent Ernesto Daniel Gyurec due to an irreconcilable conflict of interest.

| **Parties** | **Counsel** |
|---|---|
| *Debtor Ernesto Daniel Gyurec* | Carlos F. Negrete (134658)<br>LAW OFFICES OF CARLOS F. NEGRETE<br>27422 Calle Arroyo<br>San Juan Capistrano, CA 92675-2747<br>(949)493-8115<br>cnegrete@negretelaw.com |
| *Creditor The Bank of New York Mellon Trust Co., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2003-HE1, Asset Backed Pass-Through Certificates* | Eric D. Houser (130079)<br>Robert W. Norman, Jr. (232470)<br>HOUSER & ALLISON<br>A Professional Corporation<br>9970 Research Drive<br>Irvine, CA 92618<br>(949)679-1111<br>ehouser@houser-law.com<br><br>Law Offices of Neil S. Garfield<br>4980 S Alma School Rd Ste A-2 # 124<br>Chandler, Arizona 85248-5548<br>(480)895-5443<br>ngarfield@msn.com |

Dated this 6th day of August 2010.

Law Offices of Steven K. Kop
1470 Jamboree Road Suite 102
Newport Beach, CA 92660
Tel (949) 264-1470 or (310) 721-8557
FAX (949) 258-5088
steven.kop@koplawgroup.com


By: /s/_____
    Steven K. Kop
    Attorney for Ernesto Daniel Gyurec

Case 5:10-cv-01016-JFW   Document 12   Filed 08/06/10   Page 3 of 3   Page ID #:81